United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD MORRIS,<br>        Plaintiff,<br>    vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security Administration<br><br>        Defendant | Case No.: 2:13-cv-01767-RAJ<br><br>ORDER |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees and expenses in the amount of $4,780.34, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Victoria B. Chhagan's address:  Douglas, Drachler, McKee & Gilbrough, 1904 Third Avenue, Seattle WA  98101.  If the EAJA fees and expenses are

EAJA Order - 1

not subject to any offset, the EAJA attorney fees will be paid directly to the order of Victoria B. Chhagan.

Dated this 30th day of April, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

EAJA Order - 2